# UNITED STATES DISTRICT COURT

for the

District of Maryland

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

OCT 16 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of             )
*(Briefly describe the property to be searched*  )
*or identify the person by name and address)*   )   Case No.   17 - 2 6 5 8 - ADC
                                           )
IN THE MATTER OF THE USE OF CELL-SITE      )
SIMULATOR TO LOCATE THE CELLULAR DEVICE    )
ASSIGNED CALL NUMBER (443) 956-0088        )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

   See Attachment A

located in the _____ District of _____ Maryland _____ , there is now concealed *(identify the person or describe the property to be seized)*:

   See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

   ☑ evidence of a crime;

   ☑ contraband, fruits of crime, or other items illegally possessed;

   ☑ property designed for use, intended for use, or used in committing a crime;

   ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2, 371, 1028A, 1341, 1343, 1957, & 22 D.C. Code §§ 3221(a) and 3222a | Conspiracy, Mail Fraud, Wire Fraud, Aggravated Identity Theft, First degree Fraud, Money Laundering. |

The application is based on these facts:

   See Attached Affidavit.

   ☑ Continued on the attached sheet.

   ☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Special Agent Michael I. Jones, DC-OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 29 September 2017

_____
Judge's signature

City and state: Baltimore, Maryland

A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*