FILED ENTERED
LOGGED RECEIVED

OCT 16 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN THE MATTER OF THE USE OF CELL-SITE SIMULATOR TO LOCATE THE CELLULAR DEVICE ASSIGNED CALL NUMBER (443) 956-0088 | * * * * * * * | Case No: 17-2658-ADC<br><br>UNDER SEAL |

...oOo...

## MOTION TO SEAL SEARCH WARRANT, APPLICATION AND AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

The United States of America, by its attorneys, Stephen M. Schenning, Acting United States Attorney for the District of Maryland, and Burden H. Walker, Assistant United States Attorney for said District, for the following reasons, moves this Honorable Court to order and direct that the search warrant, application for search warrants and affidavit in support of the search warrant in the above-captioned cases should be **SEALED**, and should not appear on the public docket or otherwise be known to the public at this time.

In support of this motion, the government submits that any premature disclosure of the search warrant application and affidavit in support of a search warrant could endanger federal agents and compromise the ongoing federal investigation. Specifically, disclosure would give the targets of the investigation an opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from prosecution.

Respectfully submitted,
Stephen M. Schenning
Acting United States Attorney

By: /s/ Burden H. Walker
Assistant United States Attorney