

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

MAR 1 3 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| IN THE MATTER OF THE USE OF CELL-SITE SIMULATOR TO LOCATE THE CELLULAR DEVICE ASSIGNED CALL NUMBER (443) 956-0088 | No. 17-2658-ADC |

## GOVERNMENT'S MOTION FOR UNSEALING OF AFFIDAVIT IN SUPPORT OF SEARCH WARRANT AND RELATED DOCUMENTS

The United States of America, by and through its attorney, the United States Attorney for the District of Maryland, respectfully moves this Court for the unsealing of the Affidavit in Support of an Application for a Search Warrant and related documents so that they may be produced to the defense in discovery. The Warrant authorized the use of a cell-site simulator for the purpose of assisting law enforcement in apprehending Defendant John Faulkner, who had been the subject of an arrest warrant issued by the United States District Court for the District of Columbia. Defendant Faulkner has now been arrested, along with his co-Defendant Isaiah Johnson (Case No. RC-17-171). In connection with the discovery process, the government would like to provide documents associated with the above-captioned search warrant to the defendants. Specifically, the government requests that the Court order the unsealing of the following documents in order that they may be provided to Defendants Johnson and Faulkner in discovery: (a) Search and Seizure Warrant, (b) Application for a Search Warrant, and (c) Affidavit in Support of an Application for a Search Warrant.

Respectfully submitted,

Stephen M. Schenning
Acting United States Attorney

By: *(signature)*
Philip A. Selden
Assistant United States Attorney

